IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HECTOR BECERRA,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART, INC. d/b/a WALMART NEIGHBORHOOD MARKET #998,<br><br>    Defendant. | Case No. 2:20-cv-2214 |

### DEFENDANT'S NOTICE OF REMOVAL

Defendant Walmart, Inc. ("Walmart"), with full reservation of all defenses, objections, and exceptions, including but not limited to service, jurisdiction, venue, and statute of limitations, removes the above-captioned action from the District Court of Wyandotte County, Kansas to the United States District Court for the District of Kansas, at Kansas City, Kansas, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.  In support, Walmart states the following:

**I.    THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED**

1.    This action is presently pending in the District Court of Wyandotte County, Kansas under case number 2020-CV-000223 ("Action"). The Petition was filed by Plaintiff Hector Becerra on or about March 20, 2020.

2.    Plaintiff forwarded a copy of the Petition to Walmart via electronic mail on April 06, 2020.  Walmart has not yet been served with process, nor has Walmart answered Plaintiff's Petition in the Action.

3.    Pursuant to 28 U.S.C. § 1446(b), Walmart has 30 days from the receipt of the Summons and Petition to seek removal of the action to this Court. Accordingly, this Notice of Removal is timely filed.

4. As required by 28 U.S.C. § 1446(a), a copy of all records and proceedings from the District Court of Wyandotte County, Kansas are attached as **Exhibit A**.

5. In accordance with 28 U.S.C. § 1446(d), Walmart is filing a written notice of this removal with the Clerk of District Court of Wyandotte County, Kansas.  A copy of this Notice of Removal and the written notice of the same are also being served upon Plaintiff.

## II. DIVERSITY JURSIDICTION EXISTS

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the amount in controversy, exclusive of interest and costs, is alleged by Plaintiff to exceed the sum of $75,000, and there is complete diversity of citizenship between Plaintiff and Defendant. Thus, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

### a. The Parties are Completely Diverse

7. Plaintiff states in his Petition that he has been at all relevant times, a resident of Kansas.  (*See* Ex. A, ¶ 1.)  Accordingly, Plaintiff is a citizen of Kansas.

8. Walmart, is, and was at the time Plaintiff's Petition was filed and the case removed to this Court, a corporation organized and existing under the laws of the state of Delaware with its principal place of business in Bentonville, Arkansas.  *See* **Exhibit B**, Record Information from Arkansas Secretary of State. Accordingly, Defendant Walmart is a citizen of Delaware and Arkansas for the purposes of determining this Court's subject matter jurisdiction.  *See* 28 U.S.C. § 1332(c).

### b. The Amount in Controversy Requirement is Satisfied

9. The amount in controversy regarding Plaintiff's claims for damages is alleged to exceed $75,000.  In paragraph 7 of his Petition, Plaintiff asserts a general negligence claim against Defendant and asserts that he suffered damages "in excess of $75,000.00." Ex. A, ¶ 7.

10. Based on the allegations asserted by Plaintiff, Walmart believes in good faith that the amount in controversy exceeds $75,000.00. Kansas law requires plaintiffs to plead a specific sum of damages. See K.S.A. 60-208(a)(2). Plaintiff has done so here and alleging an amount greater than $75,000.00.

11. Accordingly, based on a preponderance of the evidence, more than $75,000.00 is in controversy, and therefore the amount-in-controversy requirement of 28 U.S.C. § 1332(a) has been met.

WHEREFORE, Defendant respectfully removes this action from the District Court of Wyandotte County, Kansas, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Should any question arise as to the propriety of this removal, Walmart respectfully requests an opportunity to provide briefing and oral argument.

///

Dated: April 27, 2020                                KUTAK ROCK LLP


                                                     By: s/ Anna Berman
                                                        Anna M. Berman, Bar No. 24519
                                                        anna.berman@kutakrock.com

                                                     Two Pershing Square
                                                     2300 Main Street, Suite 800
                                                     Kansas City, MO  64108-2432
                                                     Telephone:    (816) 960-0090
                                                     Facsimile:    (816) 960-0041

                                                     Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on this 27th day of April, 2020, I electronically filed the foregoing with the Clerk of the Court using the Court's e-filing system.  A copy was sent via U.S. mail to:

Donald T. Taylor
827 Armstrong Avenue, Suite 300
Kansas City, KS 66101
Attorney for Plaintiff


                                                     /s/ Anna M. Berman

4831-8665-3883.1