**ELECTRONICALLY FILED**
2020 Mar 20 PM 5:51
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-000223

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

| | | |
|---|---|---|
| **HECTOR BECERRA,** | ) | |
| *Plaintiff,* | ) | |
| **v.** | ) | |
| | ) | **Case No. _____** |
| **WALMART, INC. d/b/a** | ) | |
| **WALMART NEIGHBORHOOD MARKET #998** | ) | |
| **by serving its Resident Agent:** | ) | |
| **THE CORPORATION COMPANY, INC.,** | ) | |
| **112 SW 7th STREET, SUITE 3C** | ) | |
| **TOPEKA, KANSAS  66603** | ) | |
| *Defendant.* | ) | |

## PETITION FOR DAMAGES

**COMES NOW** Plaintiff, HECTOR BECERRA, by and through his attorney Donald T. Taylor of the ROBB, TAYLOR & O'CONNOR law firm, and alleges and states as follows:

1. That at all times relevant hereto Plaintiff, Hector Becerra, was and a resident Wyandotte County in the State of Kansas.

2. That at all times material hereto Defendant WALMART, INC., d/b/a WALMART NEIGHBORHOOD MARKET #998 (hereinafter referred to as "Walmart") is a corporation properly registered to do business in the State of Kansas, is doing business in Wyandotte and Johnson County, in the State of Kansas, including at the location of 4701 Mission Road, Westwood, Kansas, and may be served by serving its resident agent, The Corporation Company, Inc., at 112 SW 7th Street, Suite 3C, Topeka, Kansas  66603.

1



3. That jurisdiction and venue are proper in this judicial district pursuant to K.S.A. 60-604(3).

4. That on or about the 20th day of May, 2018, Plaintiff was legally present on Defendant Walmart's property as a business invitee, and while entering into Defendant's business to conduct business with Defendant Walmart, was caused to slip and fall on the premises located at 4710 Mission Road in the County of Johnson, in the State of Kansas, due to an accumulation of liquid and/or other slick substance on the entryway of the premises, causing Plaintiff to sustain serious personal injury.

5. That at the time of the above-referenced occurrence, Defendant Walmart had a duty to keep its premises in a reasonably safe condition and Defendant knew, or should have known, of this hazardous condition but Defendant failed to use ordinary care to ameliorate the slippery condition and/or adequately warn of the hazardous condition and as a result of this failure, Plaintiff sustained injury and damage.

6. That the above-referenced accident was caused, in whole or in part, by the negligence of Defendant Walmart as set forth below:

   a. That Defendant and its agents, servants and employees negligently failed to inspect its premises, including the entryway, for the slick floor conditions and thereby caused or contributed to Plaintiff's accident and injuries.

   b. That Defendant and its agents, servants and employees negligently failed to remove and/or ameliorate the slick floor conditions on the entryway area of Defendant's premises and thereby caused and/or contributed to Plaintiff's accident and injuries.

    c.   That Defendant and its agents, servants and employees negligently failed to warn Plaintiff of the slick floor conditions and/or divert Plaintiff to enter into Defendant's store where proper surfaces were constructed.

7.  That as a direct and proximate result of the above-referenced occurrence and negligence of Defendant Walmart, Plaintiff was caused to experience and incur physical injuries, medical expenses, disability, pain, suffering, permanent disfigurement and mental anguish, all in the past and is reasonably likely to experience and incur such additional damages in the future, all in an amount that exceeds Seventy-Five Thousand Dollars ($75,000.00).

**WHEREFORE**, as a result of the above, Plaintiff respectfully prays for judgment in her favor against Defendant Price Chopper in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), for the costs of this action, and for such other and further relief as the Court deems fair and reasonable.

Respectfully submitted,

**ROBB, TAYLOR & O'CONNOR**

/s/ Donald T. Taylor
Donald T. Taylor,  #13053
827 Armstrong Avenue, Suite 300
Kansas City, KS   66101
Phone: 913-321-9600
Fax:    913-321-0199
dontay@kc.rr.com
**ATTORNEY FOR PLAINTIFF**

## DEMAND FOR JURY TRIAL

**COMES FURTHER** the Plaintiff and hereby requests that this matter be tried before a jury.

/s/ Donald T. Taylor
Donald T. Taylor
**ATTORNEY FOR PLAINTIFF**

ELECTRONICALLY FILED
2020 Mar 20 PM 5:51
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-000223

Hector Becerra

vs.

Walmart, Inc.

**SUMMONS**

## Chapter 60 - Service by the Sheriff

To the above-named Defendant/Respondent:

**Walmart, Inc.**
**The Corporation Company, Inc.**
**112 SW 7th Street, Suite C**
**Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Donald Thomas Taylor
827 Armstrong Avenue
Suite 300
Kansas City, KS 66101

within 30 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 03/24/2020 01:25:40 PM

**Documents to be served with the Summons:**
PLE: Petition Petition for Damages

ELECTRONICALLY FILED
2020 Apr 27 AM 11:19
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-000223

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
CIVIL DEPARTMENT

HECTOR BECERRA,

        Plaintiff,

v.

WALMART, INC. d/b/a WALMART
NEIGHBORHOOD MARKET #998,

        Defendant.

Case No. 2020-CV-000223

## ENTRY OF APPEARANCE

COMES NOW, Anna M. Berman of the law firm Kutak Rock LLP, and enters her appearance as counsel for Defendant Walmart Inc. in the above captioned matter

Respectfully submitted by:

**KUTAK ROCK LLP**

By: */s/ Anna M. Berman*
Anna M. Berman    KS # 24519
2300 Main Street, Suite 800
Kansas City, MO  64108
Phone: (816) 960-0090
E-mail:  Anna.Berman@KutakRock.com
***ATTORNEY FOR DEFENDANT***

1

### **CERTIFICATE OF SERVICE**

I certify that on this 27th day of April, 2020, I electronically filed the foregoing using the Court's ECF/Pacer system, which automatically sends notice thereof to all attorneys of record.

*/s/ Anna M. Berman*
ATTORNEY FOR DEFENDANT