IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HECTOR BECERRA, | ) |
|       Plaintiff, | ) |
| vs. | ) |
| | ) Case No. 2:20-cv-02214 |
| WALMART, INC. d/b/a WALMART | ) |
| NEIGHBORHOOD MARKET #998, | ) |
|       Defendant. | ) |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff Hector Becerra and Defendant Walmart, Inc., by and through their undersigned counsels, and advise the Court that this matter is resolved. The parties are cooperating to finalize the settlement paperwork and resolve outstanding liens and anticipate dismissing this action thereafter.

Dated: July 16, 2020

Respectfully submitted by:

| | |
|---|---|
| **ROBB, TAYLOR & O'CONNOR** | **KUTAK ROCK, LLP** |
| /s/ *Donald T. Taylor* | /s/ *Anna M. Berman* |
| | Anna M. Berman #24519 |
| Donald T. Taylor #13053 | Isaac W. Straub, #28430 |
| 827 Armstrong Ave., Suite 300 | 2300 Main Street, Suite 800 |
| Kansas City, KS 66101 | Kansas City, MO 64108 |
| Phone: 913-321-9600 | Phone: (816) 960-0090 |
| Fax:   913-321-0199 | Fax:    (816) 960-0041 |
| dontay@kc.rr.com | anna.berman@kutakrock.com |
| **ATTORNEY FOR PLAINTIFF** | isaacstraub@kutakrock.com |
| | **ATTORNEYS FOR DEFENDANT** |