**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **HECTOR BECERRA,** | ) |
|                   **Plaintiff,** | ) |
|   vs. | ) |
| | ) Case No. 2:20-cv-02214 |
| **WALMART, INC. d/b/a WALMART** | ) |
| **NEIGHBORHOOD MARKET #998,** | ) |
|                   **Defendant.** | ) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COMES NOW the parties Plaintiff Hector Becerra and Defendant Walmart Inc., by and through their undersigned counsels, and stipulate that this matter should be dismissed as to all claims and causes of action against all parties with prejudice, each party to bear its own costs.

Dated: August 13, 2020                    Respectfully submitted,

| | |
|---|---|
| **ROBB, TAYLOR & O'CONNOR** | **KUTAK ROCK, LLP** |
| /s/ *Donald T. Taylor* | /s/ *Anna M. Berman* |
| Donald T. Taylor #13053 | Anna M. Berman #24519 |
| 827 Armstrong Ave., Suite 300 | Isaac W. Straub, #28430 |
| Kansas City, KS 66101 | 2300 Main Street, Suite 800 |
| Phone: 913-321-9600 | Kansas City, MO 64108 |
| Fax:    913-321-0199 | Phone: (816) 960-0090 |
| dontay@kc.rr.com | Fax:    (816) 960-0041 |
| **ATTORNEY FOR PLAINTIFF** | anna.berman@kutakrock.com |
| | isaacstraub@kutakrock.com |
| | **ATTORNEYS FOR DEFENDANT** |

1